| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Jennifer L Lagano** | Social Security number or ITIN  **xxx–xx–3277** |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | Date case filed for chapter  **7  3/4/19** |
| Case number:  **1–19–41277–nhl** | |

# NOTICE OF PRESUMED ABUSE BY THE UNITED STATES TRUSTEE

**NOTICE IS HEREBY GIVEN THAT:**

A statement pursuant to 11 U.S.C. §704(b)(1)(A) was filed by the United States Trustee. The statement asserts that this case should be presumed to be an abuse under 11 U.S.C. §707(b). The statement contradicts the debtor's contention set forth in the Chapter 7 Statement of Your Current Monthly Income previously filed herein that the presumption of abuse does not arise.

Notice is further given that pursuant to 11 U.S.C. §704(b)(2), the United States Trustee will file either a motion to dismiss or convert this case under 11 U.S.C. §707(b), or a statement setting forth the reasons why such a motion is not appropriate. The motion or statement is to be filed no later than 30 days from the date of filing of the above −mentioned statement pursuant to 11 U.S.C. §704(b)(1)(A).

Dated: May 30, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLtrab1.jsp** [Notice of UST Discovery of Abuse rev. 02/01/17]