United States Bankruptcy Court
Eastern District of New York

In re:                                                              Case No. 19-41277-nhl
Jennifer L Lagano                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1        User: cteutonic        Page 1 of 2         Date Rcvd: May 30, 2019
                           Form ID: 267            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
db              Jennifer L Lagano,    645 Ionia Ave,    Staten Island, NY  10312-2705
smg            +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                Brooklyn, NY 11201-3739
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                Albany, NY 12240-0001
9488894         American Express,    PO Box 297858,    Fort Lauderdale, FL 33329-7858
9488896         Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
9488895         Amex,    Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
9488897        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                El Paso, TX 79998-2238)
9488899         Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
9488900         Discover Bank,    502 E Market St,    Greenwood, DE 19950-9700
9488906         Mr Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
9488909        ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissan-Infiniti Lt,    2901 Kinwest Pkwy,    Irving, TX 75063-5816)
9488907         Nissan Motor Acceptance Corp,    PO Box 742657,    Cincinnati, OH 45274-2657
9488908         Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    PO Box 660360,
                Dallas, TX 75266-0360
9488910        +Northfield bank,    581 Main St,    Woodbridge, NJ 07095-1144
9488911         Professional Claims Bureau, Inc,    PO Box 9060,    Hicksville, NY 11802-9060
9488912         Prosper Funding LLC,    221 Main St Ste 300,    San Francisco, CA 94105-1909
9488913         Prosper Marketplace In,    221 Main St Ste 300,    San Francisco, CA 94105-1909
9488914         Sflndcorp,    375 Healdsburg Ave Ste 2,    Healdsburg, CA 95448-4150
9488915         Sofi Lending Corp,    Attn: Bankruptcy,    375 Healdsburg Ave Ste 280,
                Healdsburg, CA 95448-4151
9488916         Staten Island University Hospital,    PO Box 29772,    New York, NY 10087-9772
9488918         TD Bank Usa-Target,    PO Box 673,    Minneapolis, MN 55440-0673
9488919        +Upgrade Inc,    275 Battery St Fl 23,    San Francisco, CA 94111-3366
9488920         Veloity Investments LLC,    PO Box 788,    Wall, NJ 07719-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 30 2019 18:58:20
                NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov May 30 2019 18:57:34
                Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
9488901         E-mail/Text: mrdiscen@discover.com May 30 2019 18:57:08    Discover Fin Svcs LLC,
                PO Box 15316,    Wilmington, DE 19850-5316
9488902         E-mail/Text: mrdiscen@discover.com May 30 2019 18:57:08    Discover Financial,    PO Box 3025,
                New Albany, OH 43054-3025
9488903         E-mail/Text: dplbk@discover.com May 30 2019 18:57:53    Discover Personal Loan,
                Attn: Bankruptcy,    PO Box 30954,    Salt Lake City, UT 84130-0954
9488904         E-mail/Text: bk@lendingclub.com May 30 2019 18:57:55    Lending Club Corp,
                71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
9488905         E-mail/Text: bk@lendingclub.com May 30 2019 18:57:56    LendingClub,    Attn: Bankruptcy,
                71 Stevenson St Ste 1000,    San Francisco, CA 94105-2967
9488917         E-mail/PDF: gecsedi@recoverycorp.com May 30 2019 19:03:14    Synchrony Bank/old Navy card,
                PO Box 965004,    Orlando, FL 32896-5004
                                                                                  TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9488898*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk of Amer,    PO Box 982238,    El Paso, TX 79998-2238)
                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0207-1        User: cteutonic        Page 2 of 2           Date Rcvd: May 30, 2019
                            Form ID: 267           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
          Kevin  Zazzera    on behalf of Debtor Jennifer L Lagano kzazz007@yahoo.com
          Office of the United States Trustee   USTPRegion02.BR.ECF@usdoj.gov
          Richard J. McCord   rmccord@cbah.com,
           afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.c
           om
                                                                                        TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jennifer L Lagano** | Social Security number or ITIN   **xxx–xx–3277** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** | | |
| Case number:   **1–19–41277–nhl** | | Date case filed for chapter **7   3/4/19** |

# NOTICE OF PRESUMED ABUSE BY THE UNITED STATES TRUSTEE

**NOTICE IS HEREBY GIVEN THAT:**

A statement pursuant to 11 U.S.C. §704(b)(1)(A) was filed by the United States Trustee. The statement asserts that this case should be presumed to be an abuse under 11 U.S.C. §707(b). The statement contradicts the debtor's contention set forth in the Chapter 7 Statement of Your Current Monthly Income previously filed herein that the presumption of abuse does not arise.

Notice is further given that pursuant to 11 U.S.C. §704(b)(2), the United States Trustee will file either a motion to dismiss or convert this case under 11 U.S.C. §707(b), or a statement setting forth the reasons why such a motion is not appropriate. The motion or statement is to be filed no later than 30 days from the date of filing of the above −mentioned statement pursuant to 11 U.S.C. §704(b)(1)(A).

Dated: May 30, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court