UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re

Jennifer L Lagano,                                  Chapter 7

                Debtor.          Case No. 19-41277 (ESS)

-------------------------------------------------------------x

## STATEMENT OF THE UNITED STATES TRUSTEE

The United States Trustee previously filed a statement of presumed abuse. After a complete review of all materials as, and to be, amended, the United States Trustee has determined that the presumption of abuse does not arise in this case.

Dated:  New York, New York
        June, 6, 2019

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE

                  By:  */s/ Marylou Martin*
                         Marylou Martin
              Assistant United States Trustee

            201 Varick Street, Room 1006
            New York, New York  10014
            Phone: (212) 510-0500